UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                                  ORDER

                                                  07-CR-6022L

                    v.

MATTHEW NIX,

                        Defendant.
_____

      Defendant moves for a resentencing pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. #41). The motion is denied. The defendant filed a similar motion in March 2011, which was denied by Order of this Court on March 30, 2011 (Dkt. #40). For the reasons stated in that Order, there is no basis for the relief requested now by defendant.

      IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       July 28, 2011.